1  Yana A. Hart, Esq. (SBN: 306499)
   yana@westcoastlitigation.com
2  **HYDE & SWIGART, APC**
   2221 Camino Del Rio South, Suite 101
3  San Diego, CA 92108
   Telephone: (619) 233-7770
4  Facsimile: (619) 297-1022

5  *Attorneys for Plaintiff,*
   Nathan Thew

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NATHAN THEW, individually and          **Case No.: 5:19-cv-00309-PA-SP**
    on behalf of others similarly
12  situated,
                                           **JOINT MOTION FOR**
13                 Plaintiff,              **DISMISSAL OF ACTION**
                                           **WITHOUT PREJUDICE AS TO**
14  v.                                     **THE NAMED PLAINTIFF AND**
                                           **WITHOUT PREJUDICE AS TO**
15  UNITED SERVICES                        **THE PUTATIVE CLASS**
    AUTOMOBILE ASSOCIATION
16  FEDERAL SAVINGS BANK,                  **HON. PERCY ANDERSON**

17                 Defendant.

18

19

20

21

22

23      Plaintiff NATHAN THEW and Defendant UNITED SERVICES

24  AUTOMOBILE ASSOCIATION FEDERAL SAVINGS BANK (collectively

25  "Parties") hereby move to dismiss the above entitled action without prejudice as to

26  the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed.

27  R. Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs.  The notice

28  and approval requirements of Federal Rule of Civil Procedure 23(e) are

**HYDE & SWIGART**
San Diego, California

inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. The Parties anticipate reopening this matter to file a dismissal with prejudice once they finalize the settlement.

WHEREFORE, the Parties respectfully request that this Court dismiss this action without prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. The Parties reserve the right to reopen this matter within 60 days for filing a request for dismissal with prejudice.

This Court retains jurisdiction to enforce the settlement of this action.

Respectfully submitted,

Dated: July 8, 2019                     **HYDE & SWIGART, APC**

                                        By: s/Yana A. Hart
                                           Yana A. Hart
                                           *Attorneys for Plaintiff*

Dated: July 8, 2019                     **BALLARD SPAHR LLP**

                                        By: s/Marcos Sasso
                                           Marcos Sasso
                                           *Attorneys for Defendant*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Marcos Sasso, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: July 8, 2019                     **HYDE & SWIGART, APC**

                                        By: s/Yana A. Hart
                                           Yana A. Hart
                                           *Attorneys for Plaintiff*