JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No.: **5:19-cv-00309-PA-SP**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the named Plaintiff, and without prejudice to the putative class. The Parties may reopen this matter within 60 days for filing a request for dismissal with prejudice. The Court declines to retain jurisdiction to enforcement the settlement agreement.

IT IS SO ORDERED.

Dated: July 10, 2019

By: /s/ Percy Anderson

PERCY ANDERSON
United States District Judge

PROPOSED ORDER                                     1